GREENVILLE BANKING AND TRUST COMPANY v. T. H. NICHOLS
AND G. V. SMITH.

(Filed 14 March, 1928.)

APPEAL by defendant, G. V. Smith, from *Lyon, Special Judge,* at November Term, 1927, of PITT.

Motion to set aside judgment rendered by a justice of the peace on a promissory note for $50, executed by T. H. Nichols and endorsed by G. V. Smith, on the ground that no copy of the summons was left with the appealing defendant. Motion overruled, and the defendant, G. V. Smith, appeals.

*W. A. Darden for plaintiff.*
*J. Con Lanier for defendant, G. V. Smith.*

PER CURIAM. The defendant appeals, relying on *Pass v. Elias,* 192 N. C., 497; 135 S. E., 291. But the defect in the service of summons was cured by a general appearance. *Motor Co. v. Reaves,* 184 N. C., 260, 114 S. E., 175; *Wooten v. Cunningham,* 171 N. C., 123, 88 S. E., 1; *Currie v. Mining Co.,* 157 N. C., 209, 72 S. E., 980; *Scott v. Life Asso.,* 137 N. C., 515, 50 S. E., 221.

Affirmed.

---

STATE v. SAREE OSBORNE.

(Filed 14 March, 1928.)

APPEAL by defendant from *Cranmer, J.,* at October Term, 1927, of LENOIR.

Criminal prosecution tried upon a warrant charging the defendant with violations of the prohibition law.

From an adverse verdict and judgment pronounced thereon, the defendant noted an appeal.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*S. H. Newberry and Sutton & Greene for defendant.*

PER CURIAM. The State moved to dismiss the appeal for failure to docket in proper time. As the exceptions are without merit, the verdict and judgment will be upheld.

No error.